JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PESCE,<br><br>                  Plaintiff,<br><br>    v.<br><br>ECOLAB, INC.; LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>                  Defendants. | Case No.: 2:15-cv-05083-PA-PJW<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed without prejudice in its entirety.  The parties shall bear their own costs and fees.

IT IS SO ORDERED.

DATED:  November 11, 2015          BY:  _____

Honorable Percy Anderson
United States District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE